**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: May 25, 2017**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **GILBERT L. STEELE, SR.** | : | Case No. 16-14805 |
| **PATRICIA A. STEELE** | : | Chapter 7 |
| | : | Judge Hopkins |
| Debtors | : | |

### ORDER REGARDING FAILURE TO COMPLY WITH RULE 1007
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure requires the filing of a statement regarding the completion of a course concerning personal financial management (Official Form 423) before the issuance of an Order of Discharge.

A review of the record indicates this statement has not been filed. Official Form 423 must be filed within twenty-one days from the entry date of this Order, or this case may be closed without the issuance of an Order of Discharge.

If a motion to reopen this case to allow for the filing of the Official Form 423 is subsequently filed, the full reopening filing fee must be paid.

Copies to:

Default List

###