**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-14805-JPH | Trustee Name: | Harold Jarnicki |
|---|---|---|---|
| Case Name: | STEELE, Sr., GILBERT L. AND STEELE, PATRICIA A. | Date Filed (f) or Converted (c): | 12/30/2016 (f) |
| For the Period Ending: | 6/22/2017 | §341(a) Meeting Date: | 02/07/2017 |
| | | Claims Bar Date: | 05/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 2034 North Bend Road Cincinnati, OH - 45224-0000 Hamilton County This property is leased to a tenant. | $27,180.00 | $0.00 | | $0.00 | FA |
| 2 | Single-family home 2033 First Avenue Cincinnati, OH - 45224-0000 Hamilton County This is the debtors' residence. | $82,330.00 | $0.00 | | $0.00 | FA |
| 3 | 2037 First Avenue Cincinnati, OH - 45224-0000 Hamilton County Vacant lot adjacent to debtors' residence. | $3,560.00 | $3,560.00 | | $0.00 | $3,560.00 |
| Asset Notes: | No liens. Not part of home. | | | | | |
| 4 | 2007 GMC Yukon Denali 130,000 miles Location: 2033 First Avenue, Cincinnati OH 45224 | $9,320.00 | $0.00 | | $0.00 | FA |
| 5 | 2001 Dodge Durango 130,000 miles Location: 2033 First Avenue, Cincinnati OH 45224 | $836.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor testified vehicle is inoperable. | | | | | |
| 6 | 2011 Hawkline Trailer 6X12GW 130000 miles This is a six-foot-by-twelve foot utility landscape trailer. Location: 2033 First Avenue, Cincinnati OH 45224 | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Three Bedroom sets Dining room table Two leather sofas Television stand Cloth chair Grandfather clock Pool table Table and chairs Aquarium Loveseat Location: 2033 First Avenue, Cincinnati OH 45224 | $6,000.00 | $0.00 | | $0.00 | FA |
| 8 | Seven televisions Computer Microwave oven Washer and Dryer Location: 2033 First Avenue, Cincinnati OH 45224 | $3,000.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous wearing apparel Location: 2033 First Avenue, Cincinnati OH 45224 | $3,000.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 16-14805-JPH | Trustee Name: | Harold Jarnicki |
| --- | --- | --- | --- |
| Case Name: | STEELE, Sr., GILBERT L. AND STEELE, PATRICIA A. | Date Filed (f) or Converted (c): | 12/30/2016 (f) |
| For the Period Ending: | 6/22/2017 | §341(a) Meeting Date: | 02/07/2017 |
| | | Claims Bar Date: | 05/08/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Watches and rings Location: 2033 First Avenue, Cincinnati OH 45224 | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Kemba Credit Union | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Savings Kemba Credit Union | $0.00 | $5.00 | | $0.00 | FA |
| 13 | 2016 Tax Refunds (u) | $0.00 | $2,884.00 | | $0.00 | $5,334.00 |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $136,726.00 | $6,449.00 | | $0.00 | $8,894.00 |

**Major Activities affecting case closing:**

05/22/2017    Debtors are to pay the Trustee the non-exempt portion of their tax refund monies as well as the value of the vacant lot, which is free and clear.

Initial Projected Date Of Final Report (TFR):    07/30/2017    Current Projected Date Of Final Report (TFR):

/s/ HAROLD JARNICKI

HAROLD JARNICKI